UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JEREMIE M. THOMAS | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JEREMIE M. THOMAS | : | |
| Respondent(s) | : | CASE NO. 1-20-bk-03254 |

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 25th day of January, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. Domestic support information.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                                             Respectfully submitted:

                                             Charles J. DeHart, III
                                             Standing Chapter 13 Trustee
                                             8125 Adams Drive, Suite A
                                             Hummelstown, PA 17036
                                             (717) 566-6097

BY:                 /s/James K. Jones
                      Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 3rd day of February, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102

               /s/Deborah A. Behney
               Office of Charles J. DeHart, III
               Standing Chapter 13 Trustee2