**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jeremie M. Thomas | : | |
| Debtor | : | |
| | : | CASE NO. 1:20-bk-03254-HWV |
| Jeremie M. Thomas | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, John M. Hyams, Esquire, do hereby certify and affirm that on June 4, 2021, a true and correct copy of the ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS, has been sent either through electronic means, or via first class mail to the following:

| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
|---|---|
| REBECCA ANN SOLARZ, ESQUIRE<br>Attorney for Creditor<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>KML Law Group, P.C.<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106 | |

LAW OFFICES OF JOHN M. HYAMS

Date:   June 4, 2021            By:/s John M. Hyams, Esquire
                                                    John M. Hyams, Esquire
                                                    2023 N. 2nd St.
                                                    Harrisburg, PA 17102
                                                    (717) 520-0300
                                                    jmh@johnhyamslaw.com
                                                    Attorney for Debtor