IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JEREMIE M. THOMAS | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| | : | |
| JEREMIE M. THOMAS | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC | : | CASE NO. 1-20-bk-03254-HWV |
| d/b/a MR. COOPER; JACK N. | : | |
| ZAHAROPOULOS, CHAPTER 13 | : | |
| TRUSTEE | : | OBJECTION TO MOTION TO |
| Respondents | : | APPROVE SALE OF REAL PROPERTY |

## ORDER

Upon consideration of the debtor's Motion for Sale of Real Property Free and Clear of Liens and Encumbrances and Approving Distribution of Proceeds, Trustee's response thereto, and all other matters of record,

IT IS HEREBY ORDERED said sale is approved and that debtor's counsel is directed to escrow the requested fees and to thereafter submit a fee application to justify reasonable compensation and expenses. Any remaining proceeds after counsel is compensated are to be paid to Trustee for distribution to allowed unsecured claims filed in this case.