IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
HARRISBURG DIVISION


IN RE: JEREMIE M THOMAS

CASE NO. 1-20-BK-03254

CLAIM: 6


## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, SOFI LENDING CORP hereby request the Trustee notice and payment
address on its claim for the above mentioned case be changed from the following address:


**SOFI LENDING CORP**
**STE 300**
**2750 E COTTONWOOD PKWY**
**SALT LAKE CITY UT 84121-7285**

To the new address below:

**Resurgent Capital Services**
**PO Box 10587**
**Greenville SC 29603-0587**


This address change pertains to Trustee payments and all other correspondences
for this claim filed by the Creditor.

/s/ Darla Gein                                              Date: 5/31/2022
Darla Gein
Telephone: (877) 264-5884