IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeremie M. Thomas<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for<br>Wintrust Mortgage, a division of Barrington<br>Bank & Trust Company, N.A.<br>    Movant.<br>v.<br><br>Jeremie M. Thomas<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:20-bk-03254-HWV<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A., requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                      Respectfully submitted,

Dated: November 14, 2022                    BY:*/s/ Lorraine Gazzara Doyle*
                                            Christopher A. DeNardo 78447
                                            Lorraine Gazzara Doyle  34576
                                            LOGS Legal Group LLP
                                            3600 Horizon Drive, Suite 150
                                            King of Prussia, PA 19406
                                            (610) 278-6800
                                            logsecf@logs.com

LLG File #: 22-068088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeremie M. Thomas<br>  Debtor,<br><br>Nationstar Mortgage LLC as servicer for Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.<br>  Movant.<br>v.<br><br>Jeremie M. Thomas<br>  Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:20-bk-03254-HWV<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

  I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u> 15th </u> day of <u>   November   </u>, 2022:

Jeremie M. Thomas
1435 2nd Ave.
York, PA 17403

John Matthew Hyams, Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102
jmh@johnhyamslaw.com - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF

  I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576

LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com