John M. Hyams, Esquire
jmh@johnhyamslaw.com

Amelia C. Berdanier, Paralegal
acb@johnhyamslaw.com

Karla E. Flores, Legal Assistant
kef@johnhyamslaw.com



Law Offices Of
John M. Hyams

February 6, 2024

US Bankruptcy Court
Sylvia H. Rambo US Courthouse
501 North 6th Street
Harrisburg, PA 171012

Re: **Change of Address**
**Chapter 13 Bankruptcy**
**Jeremie M. Thomas**
**Case No.: 1:20-bk-03254**

Dear Sir or Madam:

Please note that the above referenced Debtor wishes to have all future correspondence mailed to:

Jeremie M. Thomas
5551 Illinois Ave NW
Washington DC, 20011

The Debtor no longer resides at the address listed on the Voluntary Petition:

Jeremie M. Thomas
1435 2nd Ave.
York, PA 17403

We thank you in advance for your attention to this matter.

Very truly yours,

**LAW OFFICES OF JOHN M. HYAMS**

John M. Hyams
JMH:acb
Enclosure

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033