LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **Jeremie M. Thomas,** | : | |
| | : | **CASE NO. 1:20-bk-03254-HWV** |
| Debtor, | : | |
| | : | |
| **Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.,** | : | **Pleading: Motion for Relief from the Automatic Stay** |
| | : | |
| Plaintiff / Movant, | : | Document #: 58 |
| vs. | : | |
| | : | |
| **Jeremie M. Thomas,** | : | |
| | : | |
| Defendant / Respondent, | : | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
☐ Thirty (30) days.
☐ Forty-five (45) days.
☒ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 5, 2024                  /s/ Roger Fay, Esq., ID No. 315987
                                          Attorney for Wintrust Mortgage, a division of
                                          Barrington Bank & Trust Company, N.A.
                                          Name: Roger Fay, Esquire
                                          Phone Number: (856) 724-1888

\*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.