UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 20-03254 |
|---|---|
| JEREMIE M THOMAS | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/2/2024, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/2/2024

/s/ John M. Hyams
John M. Hyams  87327PA

Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
JEREMIE M THOMAS

CASE NO: 20-03254

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 12/2/2024, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/2/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-03254<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON DEC 2 7-39-33 PST 2024 | ~~(U)NATIONSTAR MORTGAGE LLC DBA MR COOPER~~ | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ | ~~EXCLUDE~~<br>~~(U)WINTRUST MORTGAGE A DIVISION OF BARRINGTON~~ | WINTRUST MORTGAGE A DIVISION OF<br>BARRINGTON<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | BARRINGTON BANKWINTRU<br>9700 HIGGINGS AVENUE<br>ROSEMONT IL 60018-4796 | (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| CARLSON DASH LLC ATTN KURT CARLSON<br>216 S JEFFERSON STREET SUITE 504<br>CHICAGO IL 60661-5698 | DONNA L SUERETH<br>3170 STARLIGHT DR<br>YORK PA 17402-9238 | HOME DREAM REALTY AND PROPERTY MANA<br>754 WARRENTON ROAD<br>SUITE 113 242<br>FREDERICKSBURG VA 22406-1098 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MR COOPER<br>ATTN BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| (P)PENNSYLVANIA OFFICE OF ATTORNEY<br>GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT<br>SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | SOFI LENDING CORP<br>2750 E COTTONWOOD PKWY SUITE 300<br>SALT LAKE CITY UT 84121-7285 |
| SOFI LENDING CORP<br>ATTN BANKRUPTCY<br>375 HEALDSBURG AVENUE SUITE 280<br>HEALDSBURG CA 95448-4151 | (P)U S DEPARTMENT OF JUSTICE TAX<br>DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | USAA FEDERAL SAVINGS BANK<br>POB 47504<br>SAN ANTONIO TX 78265 |
| USAA FEDERAL SAVINGS BANK<br>ROBERTSON ANSCHUTZ SCHNEID CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD SUITE 170<br>DULUTH GA 30097-8461 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | WELLS FARGO BANK NA<br>MAC F823F02F<br>PO BOX 10438<br>DES MOINES IA 50306-0438 |
| WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | WINTRUST MORTGAGE<br>CARLSON DASH LLC ATTN KURT CARLSON<br>216 S JEFFERSON STREET SUITE 504<br>CHICAGO IL 60661-5698 | WINTRUST MORTGAGE<br>PO BOX 619096<br>DALLAS TX 75261-9096 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| WINTRUST MORTGAGE<br>PO BOX 619096<br>DALLAS  TX 75261-9741<br>WINTRUST MORTGAGE<br>PO BOX 619096<br>DALLAS  TX 75261-9096 | WINTRUST MORTGAGE   A DIVISION<br>CO ROGER FAY   ESQUIRE<br>ALBERTELLI LAW<br>14000 COMMERCE PARKWAY   SUITE H<br>MOUNT LAUREL  NJ 08054-2242 | EXCLUDE<br>~~(D)WINTRUST MORTGAGE   A DIVISION OF BARRINGTON~~ |
| (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | EXCLUDE<br>~~JEREMIE M THOMAS~~<br>~~5551 ILLINOIS AVE NW~~<br>~~WASHINGTON  DC 20011 2924~~ | EXCLUDE<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG  PA 17102 2151~~ |