IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Jeremie M. Thomas | : | CASE NO: 1:20-bk-03254-HWV |
| | : | |
| Debtor | : | |

To the Clerk:

Please mark docket entry 65 as withdrawn.

                                              Respectfully submitted,

                                              LAW OFFICES OF JOHN M. HYAMS

December 19, 2024                By:    /s/ John M. Hyams
                                                  John M. Hyams
                                                  2023 North 2nd Street
                                                  Harrisburg, PA  17102
                                                  (717) 520-0300
                                                  Attorney for Debtor