IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Jeremie M. Thomas | : | CASE NO: 1:20-bk-03254-HWV |
| | : | |
| Debtor | : | |

To the Clerk:

Please mark docket entry 66 as withdrawn.

Respectfully submitted,

LAW OFFICES OF JOHN M. HYAMS

December 19, 2024      By:   /s/ John M. Hyams
                             John M. Hyams
                             2023 North 2nd Street
                             Harrisburg, PA  17102
                             (717) 520-0300
                             Attorney for Debtor