UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JEREMIE M. THOMAS
Debtor(s)

CHAPTER 13

CASE NO: 1-20-BK-03254HWV

## FUNDS REMITTED TO COURT

Please find here to check number 9021034 in the amount of $2.33 representing unclaimed funds owed to Debtor(s), Jeremie M. Thomas. The Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | JEREMIE M. THOMAS<br>1435 SECOND AVE<br>YORK, PA   17403 | $2.33 |

Dated:  August 18, 2025

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: dschott@pamd13trustee.com